IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                           **PLAINTIFF**

Vs          **CASE NO. 4:10CR00106-01 BSM**

**HARDY WILLIS**                                          **DEFENDANT**

## JUDGMENT OF ACQUITTAL

Pursuant to the verdict returned by the jury on December 15, 2010, the defendant Hardy Willis is found not guilty.

IT IS ORDERED, ADJUDGED AND DECREED that the defendant Hardy Willis is acquitted, discharged and any bond exonerated.

IT IS SO ORDERED this 16th day of December 2010.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE